IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY DANE HILL,<br><br>Defendant. | CR 20-43-GF-BMM<br><br><br>ORDER GRANTING MOTION FOR TELEPHONE TESTIMONY AT PRELIMINARY HEARING ON REVOCATION OF PRETRIAL RELEASE |

    Pending before the Court is the unopposed motion of the United States for the telephonic testimony of two of its witnesses, Pretrial Services Officer John Ross and FBI Special Agent Ashlie Shrewsbury, at the preliminary hearing on revocation of pretrial release.   For good cause shown, IT IS ORDERED that John Ross and Special Agent Shrewsbury may testify by telephone at the hearing set for September 9, 2020.   The Government will contact the Clerk of Court for the call-in information.

    DATED this 8th day of September 2020.

                                                                                          _____
                                                                                          John Johnston
                                                                                          United States Magistrate Judge