# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **COREY DANE HILL,** Defendant. | CR 20-43-GF-BMM **ORDER GRANTING AMENDED MOTION TO REVOKE PRETRIAL RELEASE** |

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated his conditions of release, supported by the amended affidavit of the U.S. Pretrial Services Officer given under penalty of perjury. The Court grants the motion.

DATED this 24th day of September 2020.

John Johnston
United States Magistrate Judge

1