# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-20-43-GF-BMM |
| vs. | |
| COREY DANE HILL, | **ORDER** |
| Defendant. | |

Defendant Corey Dane Hill ("Hill") has moved for early termination of his current term of supervised release. (Doc. 59.) The Court conducted a hearing on Hill's motion on November 13, 2024. (Doc. 60.) The Government deferred to the Court on Hill's motion (Doc. 60.) The Court now grants Hill's motion.

Hill pleaded guilty to assault resulting in serious bodily injury in violation of 18 U.S.C. § 113(a)(6) and § 1153(a). (Doc. 41 at 2.) The Court sentenced Hill to the custody of the Bureau of Prisons on April 15, 2021, for a term of 34 months with 3 years of supervised release to follow. (Doc. 48.) Hill began his term of supervised release on January 27, 2023. (Doc. 57 at 2.)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest

1

of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Hill's supervised release. Adequate punishment has been imposed that reflects the seriousness of Hill's offense. Hill served 34 months in prison. Hill has completed approximately one year and eleven months (58%) of his supervised release term. (Doc. 57 at 2.) Hill is scheduled to be discharged from supervised release on January 26, 2026. (*Id.*)

Adequate deterrence also has been achieved. Hill has had no reported violations. Hill's probation officer reports that Hill "has had no instances of noncompliance while being supervised with us, has maintained stable employment, has continually tested negative, and has always stayed in contact with me." (*Id*) Hill's probation officer is in favor of his early release. (*Id.*)

Hill has seen success since his release from prison. Hill has had stable employment for approximately two years. Hill completed his GED while incarcerated. Hill bought his own home. Hill is drug free. Hill has reconnected with his culture and lives a healthy lifestyle. Hill supports his three teenage sons and plays an active role in their life.

The early termination of Hill's supervised release comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Hill' Motion for Early Termination of Supervised Release (Doc. 56) is **GRANTED**.

DATED this 15th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court